Olga Kondrachuk, Pro Se
4149A Argyle Court
Fremont, CA 94536
Email: olgakondrachuk@gmail.com
Phone: 510-493-2221

THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Olga Kondrachuk,<br><br>    Plaintiff,<br><br>vs.<br><br>United States Citizenship & Immigration Services,<br><br>    Defendant | Case No.:  C 08 – 05476 BZ<br><br>EX-PARTE MOTION AND (PROPOSED) ORDER ON MOTION FOR LEAVE FILE ELECTRONICALLY |

## MOTION FOR LEAVE TO FILE ELECTRONICALLY

Comes now the Plaintiff, Pro Se, and moves the Court for leave to file case documents electronically.

Respectfully submitted,

*Olga Kondrachuk*

Dated this_15th day of January, 2009      Olga Kondrachuk

## ORDER

So Ordered,

_____        Dated 27/Jan/09
Judge, District Court

COMPLAINT - IMMIGRATION CASE - 1